**Electronically Filed
Supreme Court
SCWC-19-0000583
19-AUG-2021
09:24 AM
Dkt. 5 OGAC**

SCWC-19-0000583

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE INTEREST OF GH

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000583; CASE NO. FC-J 0105711)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Minor-Appellant GH's application for writ

of certiorari, filed on July 6, 2021, is hereby accepted, and

will be scheduled for oral argument.  The parties will be

notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, August 19, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

